JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILSON, | ) | Case No. SACV 05-0354-VAP (MLG) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MARTIN VEAL, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

Dated: July 15 2010

Virginia A. Phillips
United States District Judge